AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Thomas Bois<br><br>*Defendant(s)* | Case No. 15 mj 7043 JCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 15, 2014** in the county of **Middlesex** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(g) | Felon in Possession with a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Elliot Rizzo
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 20, 2015

City and state: Boston, Massachusetts

*Judge's signature*

JENNIFER C. BOAL
*Printed name and title*
USMJ